1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant SCARDINO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    No. CR-08-743 MHP
                                  )
12              Plaintiff,        )    [PROPOSED] ORDER
                                  )
13 v.                             )
                                  )
14 BRITTNI SCARDINO,              )
                                  )
15              Defendant.        )
   _____)
16

17      For the reasons stated on the record in a hearing before this Court on December 8, 2008

18 in the above-captioned case, and for good cause shown, the Court hereby ORDERS as follows.

19      The U.S. Marshal Service shall bring defendant Brittni Scardino to Magistrate Court on

20 December 15, 2008 at 9:30am.  At that time, if a space is available at Cornell Corrections

21 Residential Re-entry Center, Ms. Scardino shall be released from the custody of the Marshal

22 Service directly from the courthouse at 450 Golden Gate Avenue, San Francisco, and is ordered

23 to immediately surrender to Cornell Corrections Residential Re-entry Center in San Francisco. If

24 no space is available, Ms. Scardino shall remain in the custody of the U.S. Marshal until a space

25 becomes available, and she shall be released immediately at such time.

26      Following her surrender to Cornell Corrections Re-entry Center, Ms. Scardino is then

*US v. Brittni Scardino*;
Case No. CR 08-743MHP                    1

1  ordered to remain at Cornell Corrections until there is space available for her to participate in a
2  residential drug treatment program at Marin Services for Woman, or another suitable residential
3  drug treatment program designated by the U.S. Probation Officer.  As soon as space is available
4  in a residential drug treatment program, Ms. Scardino is ordered released from Cornell
5  Corrections, and must report immediately to the drug treatment program.  Ms. Scardino is then
6  ordered to participate and remain in the residential drug treatment program for a minimum of 90-
7  days.  If any party believes that additional time is necessary in the residential drug treatment
8  program, a request and/or stipulation shall be made to the Court.

9      A status conference in this matter is hereby set for February 23, 2009 at 10:00 am before
10  this Court.  If Ms. Scardino is successfully participating in the residential treatment program by
11  that time, and all parties agree that the status conference is unnecessary, the February 23rd
12  hearing date will be vacated.

13      IT IS SO ORDERED.

14  Dated: 12/9/2008



_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*US v. Brittni Scardino*;
Case No. CR 08-743MHP                    2