UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0743-01  MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| BRITTNI SCARDINO, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with her attorney Jodi Linker. The United States was represented by Assistant United States Attorney Andrew McCarthy.

The defendant was advised of the following:

1. Her right to a hearing on the alleged violations of supervised release;
2. Her right to confront and cross-examine witnesses;
3. Her right to produce evidence and witnesses at the hearing without cost to her if she could not afford the same;
4. Her right to continue to have court appointed counsel represent her throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of her constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation;  that she fully understands the nature of the proceeding and the defenses that she may assert in the proceeding; that she fully understands the consequences of the proceeding; and that she freely and voluntarily waives

her right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1: Violation of Special Condition that she enter a halfway house until placement in a residential drug treatment facility is available, in that on December 17, 2008, the defendant failed to return to Residential Re-entry Center after she was allowed out of the facility to see a physician and have a prescription filled.

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED and defendant is ordered to serve a term of imprisonment that includes credit for time served and such time as necessary until she can be released to New Bridge Foundation Drug Treatment Program at which time a term of Supervised Release commences subject to all previously ordered conditions of release which are to remain in full effect. Defendant shall remain in custody until the necessary arrangements can be made with New Bridge. A further condition of Supervised Release is imposed: Defendant shall remain at New Bridge for at least one (1) year, subject to review by the Court, US Probation Office, and the director of New Bridge.

Dated: July 2, 2009

MARILYN HALL PATEL
United States District Court

2