| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JODI LINKER |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant SCARDINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-743 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: REMAINING TERM OF |
| v. | ) | SUPERVISED RELEASE |
| BRITTNI SCARDINO, | ) | |
| Defendant. | ) | |

At a hearing before this Court on June 29, 2009, defendant Brittni Scardino admitted a violation of her conditions of supervised release. As reflected in a written order issued on July 2, 2009, the Court revoked and reinstated Ms. Scardino's supervised release. The Court imposed an additional three year term of supervised release less any and all terms of imprisonment imposed upon revocation of supervised release. Additionally, the Court ordered that Ms. Scardino remain in custody until necessary arrangements could be made to release her to New Bridge Foundation Drug Treatment Program.

On September 15, 2009, she was released from custody and brought to New Bridge, where she currently is participating in a treatment program.

The parties jointly stipulate and agree as follows:

- Ms. Scardino has spent a total of 5 months and 25 days in custody since she has been on supervised release.
- Since the Court ordered three years of supervised release less the time she has spent in custody, Ms. Scardino has two years, six months and five days of continued supervision starting as of her release on September 15, 2009.
- Accordingly, Ms. Scardino's scheduled date to terminate supervised release is March 20, 2012.

The parties further stipulate and agree that the next status conference in this matter should be that already scheduled for January 25, 2010 at 11:00 am. Any and all other status conferences scheduled prior to that date, including that on November 2, 2009 should be vacated.

United States Probation Officer Christine Magnasco has reviewed this stipulation and has no objection.

IT IS SO STIPULATED.

Dated: October 22, 2009

/s/
JODI LINKER
Assistant Federal Public Defender

Dated: October 22, 2009

/s/
MATTHEW MCCARTHY
Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 23, 2009

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE