UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 08-0743-01  MHP

            Plaintiff(s),            **ORDER REVOKING SUPERVISED
RELEASE AND JUDGMENT**

  v.

BRITTNI SCARDINO,

           Defendant(s).
_____/

     This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked.  Defendant appeared in person with her attorney Jodi Linker. The United States was represented by Assistant United States Attorney Matthew McCarthy.

     The defendant was advised of the following:

1.    Her right to a hearing on the alleged violations of supervised release;

2.    Her right to confront and cross-examine witnesses;

3.    Her right to produce evidence and witnesses at the hearing without cost to her if she could not afford the same;

4.    Her right to continue to have court appointed counsel represent her throughout the proceedings; and

5.    The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

     The court finds that defendant was fully advised of her constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that she  fully understands the nature of the proceeding and the defenses that she may assert in the proceeding; that she fully understands the consequences of the proceeding; and that she freely and voluntarily waives her right to a hearing, her counsel consenting thereto.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

The court finds that the defendant has admitted to the violations as alleged in the amended petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1:    Violation of Special Condition which status that defendant remains at New Bridge for at least one year, in that on October 28, 2009, defendant left New Bridge without authorization by USPO or Court.

Based on the foregoing,

IT IS ADJUDGED that supervised release be and  is hereby REVOKED and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of two (2) years..  The defendant is remanded  to the custody of the United States Marshal.  No further term of supervised release is ordered.  The defendant shall be transported to Marin County facility, pending designation by the Bureau of Prisons.  The Court recommends placement of defendant in Dublin Facility upon designation.

Dated: 3/18/2010

_____
MARILYN HALL PATEL
United States District Court Judge